IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SQUIRES GOLF CLUB | : | CIVIL ACTION |
| | : | NO. 10-2579 |
| v. | : | |
| | : | |
| BANK OF AMERICA | : | |

## ORDER

AND NOW, this 14th day of July, 2010, in consideration of defendant's motion to dismiss, plaintiff's response, defendant's reply and plaintiff's sur-reply, it is ORDERED that defendant's motion is granted and plaintiff's complaint is DISMISSED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.